1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    Assistant United States Attorney
5       150 Almaden Boulevard, Suite 900
        San Jose, CA 95113
6       Telephone: (408) 535-5061
        Fax: (408) 535-5066
7       E-Mail: grant.fondo@usdoj.gov

8   Attorneys for Plaintiff

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE  DIVISION
12

13
    UNITED STATES OF AMERICA,          )    No. 10-00930 JF
14                                     )
            Plaintiff,                 )    STIPULATION AND [PROPOSED]
15                                     )    ORDER RESCHEDULING HEARING,
        v.                             )    EXCLUDING TIME
16                                     )
    FAADI YAMIN,                       )    Date: February 10, 2011
17                                     )    Time: 9:00 a.m.
            Defendant.                 )
18   _____)

19       The parties had scheduled before the court a status hearing for February 10, 2011, at 9:00

20   a.m..  The parties are continuing plea discussions and are hopeful they will be able to reach a

21   resolution.   Therefore, the parties would like to reschedule the parties' status conference to

22   March 31, 2011, and request that time be excluded under the Speedy Trial Act from

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

    STIPULATION
    10-00390 JF

1    February 11, 2011, through and including March 31, 2011, to permit the parties to continue plea

2    discussions and for reasonable time necessary for effective preparation.

3

4    DATED: February 2, 2011                    MELINDA HAAG
                                                United States Attorney
5

6
                                                _____/S_____
7                                               GRANT P. FONDO
                                                Assistant United States Attorney
8

9                                               _____/S/_____
                                                ELIZABETH C. PETERSON
10                                              Counsel for Defendant

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION
10-00390 JF

1

## ORDER

2

3      Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

4  ORDERED THAT the parties' status hearing be rescheduled to March 31, 2011, at 9:00 a.m.

5      For good cause shown, the Court further finds that failing to exclude the time from February

6  11, 2011, through and including March 31, 2011, would deny counsel the reasonable time

7  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

8  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

9  from  from February 11, 2011, through and including March 31, 2011, from computation under

10  the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

11      Therefore, IT IS HEREBY FURTHER ORDERED that the time from  from February 11,

12  2011, through and including March 31, 2011, shall be excluded from computation under the

13  Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14

15  IT IS SO ORDERED.

16  DATED:  2/9/11

        _____
        JEREMY FOGEL
        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION
10-00390 JF